FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICARDO RODARTE, | Case No. CV 12-04041 MWF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| GREG LEWIS, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 4, 2012

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY